UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAY 2 5 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| Plaintiff,             ) | |
| v.                ) No. | |
| JOSE PARKS,              ) | **4:06CR00326ERW** |
| Defendant.             ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 23, 2006, in the City of St. Louis, within the Eastern District of Missouri,

**JOSE PARKS,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
THOMAS J. MEHAN, #12736
Assistant United States Attorney